UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKAY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No: CV11-07242 CAS(AJWx)<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

# **O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 6, 2012

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Case 2:11-cv-07242-CAS-AJW   Document 19   Filed 09/06/12   Page 2 of 2   Page ID #:99